UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>YOUNG & RECKLESS, LLC; DYRDEK ENTERPRISES, INC.; DICKHOUSE ENTERTAINMENT, INC.; MTV NETWORKS ENTERPRISES, INC. and DOES 1 through 20,<br><br>Defendants. | CASE NO. 12-cv-01096-WBS-KJN<br><br>**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO CONTINUE DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

The Court, having reviewed and considered the Parties' Stipulation to Continue Defendants' Time to Answer or Otherwise Respond to Plaintiff's Complaint, and finding good cause therefor,

/ / /

/ / /

/ / /

/ / /

4842-7214-0304.1

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO CONTINUE DEFENDANTS' TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1    HEREBY ORDERS that the Parties' Stipulation is GRANTED.

2    IT IS FURTHER ORDERED that Defendants shall file and serve their Answer or other
3 Responsive Pleading to Plaintiff's Complaint on or before Friday, August 10, 2012.

4

5 **IT IS SO ORDERED.**

6

7 DATED: July 25, 2012

8
9                                     WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE

4842-7214-0304.1

2

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO CONTINUE DEFENDANTS' TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT