UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>YOUNG & RECKLESS, LLC; DYRDEK ENTERPRISES, INC.; DICKHOUSE ENTERTAINMENT, INC.; MTV NETWORKS ENTERPRISES, INC. and DOES 1 through 20,<br><br>Defendants. | CASE NO. 12-cv-01096-WBS-KJN<br><br>**[PROPOSED] ORDER GRANTING THIRD STIPULATION TO CONTINUE DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

The Court, having reviewed and considered the Parties' Stipulation to Continue Defendants' Time to Answer or Otherwise Respond to Plaintiff's Complaint, and finding good cause therefor,

/ / /

/ / /

/ / /

/ / /

4830-0737-5888.1

LEWIS
BRISBOIS

1  HEREBY ORDERS that the Parties' Stipulation is GRANTED.

2  IT IS FURTHER ORDERED that Defendants shall file and serve their Answer or other

3  Responsive Pleading to Plaintiff's Complaint on or before Friday, August 31, 2012.

4

5  **IT IS SO ORDERED.**

6

7                                                  DATED:  August 12

8

9                                                  WILLIAM B. SHUBB
                                                   UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS