1

2

3

4

5

6

7

8

9      UNITED STATES DISTRICT COURT

10      EASTERN DISTRICT OF CALIFORNIA

11      SACRAMENTO DIVISION

12

| | |
|---|---|
| 13  HELLS ANGELS MOTORCYCLE CORPORATION, | CASE NO. 12-cv-01096-WBS-KJN |
| 14 | |
| 15          Plaintiff, | **ORDER CONTINUING SCHEDULING CONFERENCE** |
| 16          vs. | |
| 17  YOUNG & RECKLESS, LLC; DYRDEK ENTERPRISES, INC.; DICKHOUSE ENTERTAINMENT, INC.; MTV | |
| 18  NETWORKS ENTERPRISES, INC. and DOES 1 through 20, | |
| 19          Defendants. | |
| 20 | |

21

22        The Court, having reviewed and considered the Parties' Stipulation to Continue the

23   Scheduling Conference, and finding good cause therefor,

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

LEWIS
BRISBOIS

4830-9540-5072.1

[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE

1          HEREBY ORDERS that the Parties' Stipulation is GRANTED.

2          IT IS FURTHER ORDERED that the Scheduling Conference shall be continued to

3    Monday, October 15, 2012, at 2:00 p.m.  A Joint Status Report shall be filed no later than October

4    1, 2012.

5
**IT IS SO ORDERED.**

6

7
DATED:   August 23, 2012

8

9                                                   WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE

LEWIS
BRISBOIS