UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>YOUNG & RECKLESS, LLC; DYRDEK ENTERPRISES, INC.; DICKHOUSE ENTERTAINMENT, INC.; and DOES 1 through 20,<br><br>Defendants. | CASE NO. 12-cv-01096-WBS-KJN<br><br>**[PROPOSED] ORDER GRANTING FIRST STIPULATION TO CONTINUE DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The Court, having reviewed and considered the Parties' Stipulation to Continue Defendants' Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint, and finding good cause therefor,

///

///

///

///

4832-1134-4400.1

1  HEREBY ORDERS that the Parties' Stipulation is GRANTED.

2  IT IS FURTHER ORDERED that Defendants shall file and serve their Answer or other
3  Responsive Pleading to Plaintiff's First Amended Complaint on or before Tuesday, September 18,
4  2012.

6  **IT IS SO ORDERED.**

8  DATED:   September 10, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4832-1134-4400.1

2

**[PROPOSED] ORDER GRANTING FIRST STIPULATION TO CONTINUE DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**