UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>YOUNG & RECKLESS, LLC; DYRDEK ENTERPRISES, INC.; DICKHOUSE ENTERTAINMENT, INC.; MTV NETWORKS ENTERPRISES, INC. and DOES 1 through 20,<br><br>　　　　　Defendants. | CASE NO. 12-cv-01096-WBS-KJN<br><br>**ORDER APPROVING SECOND STIPULATION TO CONTINUE DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

The Court, having reviewed and considered the Parties' Second Stipulation to Continue Defendants' Time to Answer or Otherwise Respond to Plaintiff's First Amended Complaint, and finding good cause therefor,

/ / /

/ / /

/ / /

/ / /

4840-4404-7633.1

**[PROPOSED] ORDER GRANTING SECOND STIPULATION TO CONTINUE DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

1  HEREBY ORDERS that the Parties' Stipulation is GRANTED.

2  IT IS FURTHER ORDERED that Defendants shall file and serve their Answer or other

3  Responsive Pleading to Plaintiff's First Amended Complaint on or before Friday,

4  October 12, 2012.

5

6  **IT IS SO ORDERED.**

7

8  DATED: September 11, 2012

9

10  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4840-4404-7633.1

2

[PROPOSED] ORDER GRANTING SECOND STIPULATION TO CONTINUE DEFENDANTS' TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT

LEWIS
BRISBOIS