UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| HELLS ANGELS MOTORCYCLE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>YOUNG & RECKLESS, LLC; DYRDEK ENTERPRISES, INC.; and DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO. 12-cv-01096-WBS-KJN<br><br>**ORDER REFERRING ACTION TO VDRP** |

The Court, having reviewed and considered the parties' Amended Stipulation to Elect Referral of Action to Voluntary Dispute Resolution Program (VDRP), and finding good cause therefor,

HEREBY ORDERS that the Parties' Stipulation is GRANTED.

IT IS FURTHER ORDERED that:

　A. The Parties shall conduct a private mediation of the case with a jointly selected mediator, in accordance with L.R. 271(a)(3);

　B. The mediation shall be conducted and completed by December 7, 2012;

1  C. The provisions and requirements of L.R. 271(j), (k) and (l), for VDRP sessions,
2  shall be applicable to their mediation conference; and
3  D. The Parties shall file a completion report or dismissal as required by L.R. 271(o),
4  on or before December 7, 2012.
5  IT IS FURTHER ORDERED that all discovery shall be stayed, with the exception of the
6  continuing duty of the parties to supplement their disclosures under Rule 26(a), until December 7,
7  2012.

**IT IS SO ORDERED.**

DATED:   October 23, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
**[PROPOSED] ORDER REFERRING ACTION TO VDRP**