FRITZ CLAPP (SBN: 99197)
E-mail :      mail@fritzclapp.com
Attorney at Law
P.O. Box 2517
Beverly Hills, California 92013
Telephone:    888-292-5784
Facsimile:    888-467-2341
Attorney for Plaintiff
HELLS ANGELS MOTORCYCLE CORPORATION

THOMAS J. SPEISS, III (SBN: 200949)
E-Mail:       TSpeiss@SYCR.com
Stradling Yocca Carlson & Rauth, P.C.
100 Wilshire Blvd., Suite 440
Santa Monica, California 90401
Telephone:    424-214-7042
Facsimile:    424-214-7010
Attorneys for Defendants
YOUNG & RECKLESS, LLC and DYRDEK ENTERPRISES

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION,**<br><br>         Plaintiff,<br><br>v.<br><br>**YOUNG & RECKLESS LLC, DYRDEK ENTERPRISES, and DOES 1 through 20,**<br><br>         Defendants. | Case No.  12-cv-01096-WBS-KJN<br><br>**STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE** |

     It is hereby stipulated by and between Plaintiff HELLS ANGELS MOTORCYCLE CORPORATION and Defendants YOUNG & RECKLESS LLC and DYRDEK ENTERPRISES, through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

1 | IT IS SO STIPULATED.

2 | DATED: March 7, 2013

By: *[signature]*
FRITZ CLAPP
Attorney for Plaintiff
HELLS ANGELS MOTORCYCLE
CORPORATION

7 | DATED: March 7, 2013        Stradling Yocca Carlson & Rauth, P.C.

By: *[signature]*
THOMAS J. SPEISS, III
Attorneys for Defendants
YOUNG & RECKLESS, LLC
and DYRDEK ENTERPRISES