# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **HELLS ANGELS MOTORCYCLE CORPORATION,** | **Case No. 12-cv-01096-WBS-KJN** |
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| **YOUNG & RECKLESS LLC, DYRDEK ENTERPRISES, and DOES 1 through 20,** | |
| Defendants. | |

Pursuant to the parties' Stipulation Re Dismissal of Action with Prejudice, the entire action shall be dismissed with prejudice, with each party to bear its own costs.

IT IS HEREBY ORDERED.

Dated: March 11, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE